UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA CHILEY,<br><br>                Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 1:14-cv-01373-BAM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER EXTENDING TIME TO FILE REPLY BRIEF**<br><br>(Doc. 16) |

      Plaintiff filed her opening brief in this matter on May 25, 2015.  (Doc. 14.)  Defendant filed a responsive brief on June 24, 2015.  (Doc. 15.)  Pursuant to the Scheduling Order issued on September 9, 2014, Plaintiff's reply brief was due on or before July 9, 2015.

      On July 15, 2015, Plaintiff filed a motion requesting an extension of time to July 22, 2015, to file her reply brief.  Plaintiff's counsel explains that an extension of time is necessary because counsel has five hearings scheduled this week and has been writing prehearing briefs since last week.  Plaintiff's counsel indicates that this is the same reason a stipulation of time could not be requested before the relevant deadline.  (Doc. 16.)

      Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff's motion requesting an extension of time

1

1  to file her reply brief is GRANTED.  Plaintiff's reply brief shall be filed on or before July 22,
2  2015.
3  IT IS SO ORDERED.

    Dated:   **July 17, 2015**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE